## Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
*Parts, Service and So Much More*

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| **Pay Statement** | |
| Period Start Date | 07/17/2016 |
| Period End Date | 07/30/2016 |
| Pay Date | 08/05/2016 |
| Document | 2223254 |
| Net Pay | $2,001.92 |

### Pay Details

| | |
|---|---|
| Michael W Marshall | |
| 3012 Ashley Ct | |
| Bensalem, PA 19020 | |
| USA | |

| | |
|---|---|
| Employee Number | 357772 |
| SSN | xxx-xx-xxxx |
| Job | 2010-Store Mgr of Service |
| Pay Rate | $28.44 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 52201 - 52201- North East |
| Area | 00005 - Area 00005 |
| Store | 01453 - 1453- Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S10 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| Ops Bonus | 0.0000 | 07/30/2016 | $0.0000 | $175.54 | $175.54 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 07/23/2016 | $28.4400 | $1,137.60 | $33,416.12 |
| Regular | 40.0000 | 07/30/2016 | $28.4400 | $1,137.60 | $34,553.72 |
| Retro Pay | 0.0000 | | $0.0000 | $0.00 | $67.20 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | **80.0000** | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.17 | $86.30 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $636.38 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $66.22 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $3.04 |
| Employee Medicare | $34.89 | $520.28 |
| Federal Income Tax | $113.75 | $3,406.48 |
| PA State Income Tax | $73.88 | $1,101.55 |
| PA Unemployment Employee | $1.72 | $25.60 |
| Social Security Employee Tax | $149.21 | $2,224.65 |
| UPPER SOUTHAMPTON TWP | $1.81 | $28.96 |
| UPPER SOUTHHAMPTON | $24.07 | $358.84 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $1.00 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $1,300.12 |
| Total | | $2,001.92 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,450.74 | $2,406.61 | $399.52 | $49.30 | $2,001.92 |
| YTD | $36,584.12 | $35,881.52 | $7,669.40 | $788.90 | $28,125.82 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
*Parts, Service and So Much More*

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 07/03/2016 |
| Period End Date | 07/16/2016 |
| Pay Date | 07/22/2016 |
| Document | 2207162 |
| Net Pay | $1,890.65 |

### Pay Details

| | |
|---|---|
| **Michael W Marshall** | |
| 3012 Ashley Ct | |
| Bensalem, PA 19020 | |
| USA | |

| | |
|---|---|
| Employee Number | 357772 |
| SSN | xxx-xx-xxxx |
| Job | 2010-Store Mgr of Service |
| Pay Rate | $28.44 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 52201 - 52201- North East |
| Area | 00005 - Area 00005 |
| Store | 01453 - 1453- Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S10 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 07/09/2016 | $28.4400 | $1,137.60 | $31,140.92 |
| Regular | 40.0000 | 07/16/2016 | $28.4400 | $1,137.60 | $32,278.52 |
| Retro Pay | 0.0000 | | $0.0000 | $0.00 | $67.20 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | **80.0000** | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.17 | $81.13 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $596.46 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $62.01 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $2.85 |
| Employee Medicare | $32.35 | $485.39 |
| Federal Income Tax | $70.19 | $3,292.73 |
| PA State Income Tax | $68.49 | $1,027.67 |
| PA Unemployment Employee | $1.59 | $23.88 |
| Social Security Employee Tax | $138.32 | $2,075.44 |
| UPPER SOUTHAMPTON TWP | $1.81 | $27.15 |
| UPPER SOUTHHAMPTON | $22.31 | $334.77 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $1.00 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $1,188.85 |
| Total | | $1,890.65 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,275.20 | $2,231.07 | $335.25 | $49.30 | $1,890.65 |
| YTD | $34,133.38 | $33,474.91 | $7,269.88 | $739.60 | $26,123.90 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 06/19/2016 |
| Period End Date | 07/02/2016 |
| Pay Date | 07/08/2016 |
| Document | 2191026 |
| Net Pay | $1,890.64 |

### Pay Details

**Michael W Marshall**
3012 Ashley Ct
Bensalem, PA 19020
USA

| | |
|---|---|
| Employee Number | 357772 |
| SSN | xxx-xx-xxxx |
| Job | 2010-Store Mgr of Service |
| Pay Rate | $28.44 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 52201 - 52201- North East |
| Area | 00005 - Area 00005 |
| Store | 01453 - 1453- Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S10 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 06/25/2016 | $28.4400 | $1,137.60 | $28,865.72 |
| Regular | 40.0000 | 07/02/2016 | $28.4400 | $1,137.60 | $30,003.32 |
| Retro Pay | 0.0000 | | $0.0000 | $0.00 | $67.20 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | 80.0000 | | | | |

### Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| LTD | No | $5.17 | $75.96 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $556.54 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $57.80 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $2.66 |
| Employee Medicare | $32.35 | $453.04 |
| Federal Income Tax | $70.19 | $3,222.54 |
| PA State Income Tax | $68.49 | $959.18 |
| PA Unemployment Employee | $1.59 | $22.29 |
| Social Security Employee Tax | $138.33 | $1,937.12 |
| UPPER SOUTHAMPTON TWP | $1.81 | $25.34 |
| UPPER SOUTHHAMPTON | $22.31 | $312.46 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $1.00 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $1,188.84 |
| Total | | $1,890.64 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,275.20 | $2,231.07 | $335.26 | $49.30 | $1,890.64 |
| YTD | $31,858.18 | $31,243.84 | $6,934.63 | $690.30 | $24,233.25 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| Pay Statement | |
|---|---|
| Period Start Date | 06/05/2016 |
| Period End Date | 06/18/2016 |
| Pay Date | 06/24/2016 |
| Document | 2173233 |
| Net Pay | $1,890.53 |

### Pay Details

| Michael W Marshall | | | | | |
|---|---|---|---|---|---|
| 3012 Ashley Ct | Employee Number | 357772 | Pay Group | PA Stores Dist Centers | Federal Income Tax S10 |
| Bensalem, PA 19020 | SSN | xxx-xx-xxxx | | | PA State Income Tax (Residence)S0 |
| USA | Job | 2010-Store Mgr of Service | Location | Southampton | PA State Income Tax (Work)  S0 |
| | Pay Rate | $28.44 | Division | 52201 - 52201- North East | |
| | Pay Frequency | Biweekly | Area | 00005 - Area 00005 | |
| | | | Store | 01453 - 1453- Southampton | |
| | | | Department | SERVIC - Service | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 06/11/2016 | $28.4400 | $1,137.60 | $26,590.52 |
| Regular | 40.0000 | 06/18/2016 | $28.4400 | $1,137.60 | $27,728.12 |
| Retro Pay | 0.0000 | | $0.0000 | $0.00 | $67.20 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | **80.0000** | | | | |

### Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| LTD | No | $5.28 | $70.79 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $516.62 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $53.59 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $2.47 |
| Employee Medicare | $32.36 | $420.69 |
| Federal Income Tax | $70.19 | $3,152.35 |
| PA State Income Tax | $68.49 | $890.69 |
| PA Unemployment Employee | $1.59 | $20.70 |
| Social Security Employee Tax | $138.32 | $1,798.79 |
| UPPER SOUTHAMPTON TWP | $1.81 | $23.53 |
| UPPER SOUTHHAMPTON | $22.31 | $290.15 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $1.00 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $1,188.73 |
| Total | | $1,890.53 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,275.20 | $2,231.07 | $335.26 | $49.41 | $1,890.53 |
| YTD | $29,582.98 | $29,012.77 | $6,599.37 | $641.00 | $22,342.61 |

*Originally printed in English*

## Current Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 05/22/2016 |
| Period End Date | 06/04/2016 |
| Pay Date | 06/10/2016 |
| Document | 2157023 |
| Net Pay | $1,732.63 |

### Pay Details

| | | | |
|---|---|---|---|
| Michael W Marshall | Employee Number 357772 | Pay Group PA Stores Dist | Federal Income Tax    S3 |
| 3012 Ashley Ct | SSN    xxxxxxxxx | Centers | PA State Income Tax (Residence) $0 |
| Bensalem, PA 19020 | Job    2010-Store Mgr of Service | Location Southampton | PA State Income Tax (Work)    $0 |
| USA | Pay Rate    $28.44 | Division 52201 - 52201-North | |
| | Pay Frequency    Biweekly | East | |
| | | Area    00005 - Area 00005 | |
| | | Store    01453 - 1453-Southampton | |
| | | Department SERVIC - Service | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 06/04/2016 | $28.4400 | $1,137.60 | $24,337.54 |
| Regular | 40.0000 | 05/28/2016 | $27.8845 | $1,115.38 | $25,452.92 |
| Retro Pay | 0.0000 | 06/04/2016 | $0.0000 | $67.20 | $67.20 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| Total Hours Worked | 80.0000 | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.14 | $55.00 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $476.70 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $49.38 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $2.28 |
| Employee Medicare | $33.00 | $388.33 |
| Federal Income Tax | $267.91 | $3,082.16 |
| PA State Income Tax | $69.87 | $822.20 |
| PA Unemployment Employee | $1.62 | $19.11 |
| Social Security Employee Tax | $141.12 | $1,660.47 |
| UPPER SOUTHAMPTON TWP | $1.81 | $21.72 |
| UPPER SOUTHHAMPTON | $22.76 | $267.84 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $1.00 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $1,030.83 |
| Total | | $1,732.63 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,320.18 | $2,276.05 | $538.28 | $49.27 | $1,732.63 |
| YTD | $27,307.78 | $26,781.70 | $6,264.11 | $591.59 | $20,452.08 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**

| | |
|---|---|
| The Pep Boys - Manny, Moe & Jack | **Pay Statement** |
| 3111 W. Allegheny Avenue | Period Start Date 05/08/2016 |
| Philadelphia, PA 19132 | Period End Date 05/21/2016 |
| 215-430-9000 | Pay Date          05/27/2016 |
| | Document          2140837 |
| | Net Pay           $1,694.68 |

### Pay Details

| | | | |
|---|---|---|---|
| **Michael W Marshall** | **Employee Number** 357772 | **Pay Group** PA Stores Dist | **Federal Income Tax** S3 |
| 3012 Ashley Ct | SSN        xxx-xx-xxxx | Centers | **PA State Income Tax (Residence)** S0 |
| Bensalem, PA 19020 | Job        2010-Store Mgr of Service | **Location** Southampton | **PA State Income Tax (Work)** S0 |
| USA | Pay Rate   $27.88 | **Division** 52201 - 52201-North | |
| | Pay Frequency   Biweekly | East | |
| | | **Area** 00005 - Area 00005 | |
| | | **Store** 01463 - 1463- | |
| | | Southampton | |
| | | **Department** SERVIC - Service | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | 05/21/2016 | $0.0000 | $29.28 | $55.00 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 05/14/2016 | $27.8845 | $1,115.38 | $22,084.58 |
| Regular | 40.0000 | 05/21/2016 | $27.8845 | $1,115.38 | $23,199.94 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | **80.0000** | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.07 | $60.37 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $436.78 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $45.17 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $2.09 |
| Employee Medicare | $32.13 | $355.33 |
| Federal Income Tax | $252.87 | $2,814.25 |
| PA State Income Tax | $68.03 | $752.33 |
| PA Unemployment Employee | $1.58 | $17.49 |
| Social Security Employee Tax | $137.39 | $1,519.35 |
| UPPER SOUTHAMPTON TWP | $1.81 | $19.91 |
| UPPER SOUTHHAMPTON | $22.16 | $245.08 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $102.80 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $891.08 |
| Total | | $1,694.68 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,260.04 | $2,215.91 | $516.16 | $49.20 | $1,694.68 |
| YTD | $24,987.60 | $24,505.65 | $5,725.83 | $542.32 | $18,719.45 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
*Parts, Service and Go Auto Parts More*

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 04/24/2016 |
| Period End Date | 05/07/2016 |
| Pay Date | 05/13/2016 |
| Document | 2124685 |
| Net Pay | $1,675.92 |

### Pay Details

| | | | |
|---|---|---|---|
| Michael W Marshall<br>3012 Ashley Ct<br>Bensalem, PA 19020<br>USA | Employee Number 357772<br>SSN  xxx-xx-xxxx<br>Job  2010-Store Mgr of Service<br>Pay Rate  $27.88<br>Pay Frequency  Biweekly | Pay Group  PA Stores Dist<br>Centers<br>Location  Southampton<br>Division  51011 - ZNortheast<br>Region 101<br>Area  00081 - Area 00081<br>Store  01453 - 1453-<br>Southampton<br>Department SERVIC - Service | Federal Income Tax  S3<br>PA State Income Tax (Residence) S0<br>PA State Income Tax (Work)  S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| CSP Bonus | 0.0000 | | $0.0000 | $0.00 | $25.72 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 40.0000 | 04/30/2016 | $27.8846 | $1,115.38 | $19,853.80 |
| Regular | 40.0000 | 05/07/2016 | $27.8846 | $1,115.38 | $20,969.18 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $171.10 |
| **Total Hours Worked** | **80.0000** | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.33 | $55.30 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $398.86 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $40.98 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $1.90 |
| Employee Medicare | $31.70 | $323.20 |
| Federal Income Tax | $245.55 | $2,561.38 |
| PA State Income Tax | $67.13 | $684.30 |
| PA Unemployment Employee | $1.56 | $15.91 |
| Social Security Employee Tax | $135.57 | $1,381.96 |
| UPPER SOUTHAMPTON TWP | $1.81 | $18.10 |
| UPPER SOUTHHAMPTON | $21.87 | $222.92 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $102.80 |
| xxxxx3530 | Checking | $700.80 |
| xxxxx7087 | Checking | $872.32 |
| Total | | $1,675.92 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,230.76 | $2,186.63 | $505.38 | $49.46 | $1,675.92 |
| YTD | $22,727.66 | $22,289.74 | $5,209.67 | $493.12 | $17,024.77 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
*Service and So Much More*

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 04/10/2016 |
| Period End Date | 04/23/2016 |
| Pay Date | 04/29/2016 |
| Document | 2108500 |
| Net Pay | $1,745.29 |

### Pay Details

| | | |
|---|---|---|
| Michael W Marshall | Employee Number | 357772 |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service |
| USA | Pay Rate | $27.88 |
| | Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 51011 - ZNortheast Region 101 |
| Area | 00081 - Area 00081 |
| Store | 01453 - 1453-Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S3 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Bereavement | 8.0000 | 04/23/2016 | $27.8846 | $223.08 | $223.08 |
| CSP Bonus | 0.0000 | 04/23/2016 | $0.0000 | $25.72 | $25.72 |
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $1,115.40 |
| Regular | 32.0000 | 04/16/2016 | $27.8846 | $892.31 | $17,623.04 |
| Regular | 40.0000 | 04/23/2016 | $27.8846 | $1,115.38 | $18,738.42 |
| Sales Bonus | 0.0000 | 04/23/2016 | $0.0000 | $84.44 | $171.10 |
| | | | | | |
| Total Hours Worked | 72.0000 | | | | |

### Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | Pre-Tax | | Current | YTD | Current | YTD |
| LTD | No | | $6.58 | $49.97 | $0.00 | $0.00 |
| Medical | Yes | | $39.92 | $356.94 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | | $4.21 | $36.75 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $1.71 |
| Employee Medicare | $33.31 | $291.60 |
| Federal Income Tax | $273.10 | $2,316.83 |
| PA State Income Tax | $70.51 | $617.17 |
| PA Unemployment Employee | $1.64 | $14.35 |
| Social Security Employee Tax | $142.40 | $1,246.39 |
| UPPER SOUTHAMPTON TWP | $1.81 | $16.29 |
| UPPER SOUTHHAMPTON | $22.97 | $201.05 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $1,043.49 |
| Total | | $1,745.29 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,340.93 | $2,296.80 | $545.93 | $49.71 | $1,745.29 |
| YTD | $20,496.80 | $20,103.11 | $4,704.29 | $443.66 | $15,348.85 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
*Parts, Service and So Much More*

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 03/26/2016 |
| Period End Date | 04/09/2016 |
| Pay Date | 04/15/2016 |
| Document | 2092063 |
| Net Pay | $1,817.19 |

### Pay Details

| | | | |
|---|---|---|---|
| **Michael W Marshall** | **Employee Number** | 357772 | |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx | |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service | |
| USA | Pay Rate | $27.88 | |
| | Pay Frequency | Biweekly | |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 51011 - ZNortheast Region 101 |
| Area | 00081 - Area 00081 |
| Store | 01453 - 1453-Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S3 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | Week Ending | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 8.0000 | 04/02/2016 | $27.8846 | $223.08 | $892.32 |
| PTO | 8.0000 | 04/09/2016 | $27.8846 | $223.08 | $1,115.40 |
| Regular | 40.0000 | 04/09/2016 | $27.8846 | $1,115.38 | $15,838.42 |
| Regular | 32.0000 | 04/02/2016 | $27.8846 | $892.31 | $16,730.73 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $86.66 |
| **Total Hours Worked** | 72.0000 | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.07 | $44.39 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $317.02 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $32.54 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $1.52 |
| Employee Medicare | $34.94 | $258.19 |
| Federal Income Tax | $301.32 | $2,042.73 |
| PA State Income Tax | $73.98 | $546.66 |
| PA Unemployment Employee | $1.72 | $12.71 |
| Social Security Employee Tax | $149.40 | $1,103.99 |
| UPPER SOUTHAMPTON TWP | $1.81 | $14.48 |
| UPPER SOUTHHAMPTON | $24.10 | $178.08 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $1,115.39 |
| Total | | $1,817.19 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,453.85 | $2,409.72 | $587.46 | $49.20 | $1,817.19 |
| YTD | $18,155.87 | $17,806.31 | $4,158.36 | $393.95 | $13,603.56 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Pep Boys and Do Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 03/12/2016 |
| Period End Date | 03/25/2016 |
| Pay Date | 04/01/2016 |
| Document | 2075957 |
| Net Pay | $1,676.17 |

### Pay Details

| | | | | | | |
|---|---|---|---|---|---|---|
| Michael W Marshall | Employee Number | 357772 | Pay Group | PA Stores Dist Centers | Federal Income Tax | S3 |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx | Location | Southampton | PA State Income Tax (Residence) | S0 |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service | Division | 51011 – ZNortheast Region 101 | PA State Income Tax (Work) | S0 |
| USA | Pay Rate | $27.88 | Area | 00081 - Area 00081 | | |
| | Pay Frequency | Biweekly | Store | 01453 - 1453-Southampton | | |
| | | | Department | SERVIC - Service | | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $669.24 |
| Regular | 40.0000 | 03/18/2016 | $27.8846 | $1,115.38 | $13,607.66 |
| Regular | 40.0000 | 03/25/2016 | $27.8846 | $1,115.38 | $14,723.04 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $86.66 |
| | | | | | |
| Total Hours Worked | 80.0000 | | | | |

### Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| LTD | No | $5.07 | $39.32 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $277.10 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $28.33 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $1.33 |
| Employee Medicare | $31.71 | $223.25 |
| Federal Income Tax | $245.65 | $1,741.41 |
| PA State Income Tax | $67.13 | $472.68 |
| PA Unemployment Employee | $1.56 | $10.99 |
| Social Security Employee Tax | $135.57 | $954.59 |
| UPPER SOUTHAMPTON TWP | $1.81 | $12.67 |
| UPPER SOUTHHAMPTON | $21.87 | $153.98 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $974.37 |
| Total | | $1,676.17 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,230.76 | $2,186.63 | $505.39 | $49.20 | $1,676.17 |
| YTD | $15,702.02 | $15,396.59 | $3,570.90 | $344.76 | $11,786.37 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 02/27/2016 |
| Period End Date | 03/11/2016 |
| Pay Date | 03/18/2016 |
| Document | 2059912 |
| Net Pay | $1,676.10 |

### Pay Details

| | | |
|---|---|---|
| Michael W Marshall | Employee Number | 357772 |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service |
| USA | Pay Rate | $27.88 |
| | Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 51011 - ZNortheast Region 101 |
| Area | 00081 - Area 00081 |
| Store | 01463 - 1453-Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S3 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 8.0000 | 03/11/2016 | $27.8846 | $223.08 | $669.24 |
| Regular | 40.0000 | 03/04/2016 | $27.8846 | $1,115.38 | $11,599.97 |
| Regular | 32.0000 | 03/11/2016 | $27.8846 | $892.31 | $12,492.28 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $86.66 |
| | | | | | |
| Total Hours Worked | 72.0000 | | | | |

### Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pro-Tax | Current | YTD | Current | YTD |
| LTD | No | $6.16 | $34.25 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $237.18 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $24.12 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $1.14 |
| Employee Medicare | $31.70 | $191.54 |
| Federal Income Tax | $245.55 | $1,495.88 |
| PA State Income Tax | $67.13 | $405.55 |
| PA Unemployment Employee | $1.66 | $9.43 |
| Social Security Employee Tax | $135.57 | $819.02 |
| UPPER SOUTHAMPTON TWP | $1.81 | $10.86 |
| UPPER SOUTHHAMPTON | $21.87 | $132.11 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $974.30 |
| Total | | $1,676.10 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,230.77 | $2,186.64 | $505.38 | $49.29 | $1,676.10 |
| YTD | $13,471.26 | $13,209.98 | $3,065.51 | $295.55 | $10,110.20 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 02/13/2016 |
| Period End Date | 02/26/2016 |
| Pay Date | 03/04/2016 |
| Document | 2043979 |
| Net Pay | $1,698.42 |

### Pay Details

Michael W Marshall
3012 Ashley Ct
Bensalem, PA 19020
USA

| | |
|---|---|
| Employee Number | 357772 |
| SSN | xxx-xx-xxxx |
| Job | 2010-Store Mgr of Service |
| Pay Rate | $27.88 |
| Pay Frequency | Biweekly |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 51011 - ZNortheast Region 101 |
| Area | 00081 - Area 00081 |
| Store | 01453 - 1453-Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S3 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $446.16 |
| Regular | 40.0000 | 02/26/2016 | $27.8846 | $1,115.38 | $9,369.21 |
| Regular | 40.0000 | 02/19/2016 | $27.8846 | $1,115.38 | $10,484.59 |
| Sales Bonus | 0.0000 | 02/19/2016 | $0.0000 | $35.22 | $86.66 |
| | | | | | |
| Total Hours Worked | 80.0000 | | | | |

### Deductions

| Deduction | Pre-Tax | Employee Current | Employee YTD | Employer Current | Employer YTD |
|---|---|---|---|---|---|
| LTD | No | $5.07 | $29.09 | $0.00 | $0.00 |
| Medical | Yes | $39.92 | $197.26 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $4.21 | $19.91 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $0.95 |
| Employee Medicare | $32.22 | $159.84 |
| Federal Income Tax | $254.36 | $1,250.31 |
| PA State Income Tax | $68.21 | $338.42 |
| PA Unemployment Employee | $1.59 | $7.87 |
| Social Security Employee Tax | $137.76 | $683.45 |
| UPPER SOUTHAMPTON TWP | $1.81 | $9.05 |
| UPPER SOUTHHAMPTON | $22.22 | $110.24 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $996.62 |
| Total | | $1,698.42 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,265.98 | $2,221.85 | $518.36 | $49.20 | $1,698.42 |
| YTD | $11,240.49 | $11,023.32 | $2,560.13 | $246.26 | $8,434.10 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
Parts, Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/30/2016 |
| Period End Date | 02/12/2016 |
| Pay Date | 02/19/2016 |
| Document | 2028155 |
| Net Pay | $1,676.15 |

### Pay Details

| | | | | | |
|---|---|---|---|---|---|
| Michael W Marshall | Employee Number | 357772 | Pay Group | PA Stores Dist Centers | Federal Income Tax    S3 |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx | Location | Southampton | PA State Income Tax (Residence)$0 |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service | Division | 51011 - ZNortheast Region 101 | PA State Income Tax (Work)    $0 |
| USA | Pay Rate | $27.88 | Area | 00081 - Area 00081 | |
| | Pay Frequency | Biweekly | Store | 01453 - 1453-Southampton | |
| | | | Department | SERVIC - Service | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 8.0000 | 02/12/2016 | $27.8846 | $223.08 | $446.16 |
| Regular | 40.0000 | 02/05/2016 | $27.8846 | $1,115.38 | $7,361.52 |
| Regular | 32.0000 | 02/12/2016 | $27.8846 | $892.31 | $8,253.83 |
| Sales Bonus | 0.0000 | | $0.0000 | $0.00 | $51.44 |
| | | | | | |
| Total Hours Worked | 72.0000 | | | | |

### Deductions

| | | | Employee | | Employer | |
|---|---|---|---|---|---|---|
| Deduction | | Pre-Tax | Current | YTD | Current | YTD |
| LTD | | No | $5.11 | $24.02 | $0.00 | $0.00 |
| Medical | | Yes | $39.92 | $157.34 | $0.00 | $0.00 |
| Vision Pre Tax | | Yes | $4.21 | $16.70 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $0.76 |
| Employee Medicare | $31.70 | $127.62 |
| Federal Income Tax | $245.55 | $995.95 |
| PA State Income Tax | $67.13 | $270.21 |
| PA Unemployment Employee | $1.56 | $6.28 |
| Social Security Employee Tax | $135.57 | $545.69 |
| UPPER SOUTHAMPTON TWP | $1.81 | $7.24 |
| UPPER SOUTHHAMPTON | $21.87 | $88.02 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $974.35 |
| Total | | $1,676.15 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,230.77 | $2,186.64 | $505.38 | $49.24 | $1,676.15 |
| YTD | $8,974.51 | $8,801.47 | $2,041.77 | $197.06 | $6,735.68 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEP BOYS AUTO**
We'll Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/16/2016 |
| Period End Date | 01/29/2016 |
| Pay Date | 02/05/2016 |
| Document | 2012243 |
| Net Pay | $1,685.09 |

### Pay Details

| | | | |
|---|---|---|---|
| Michael W Marshall | Employee Number | 357772 | |
| 3012 Ashley Ct | SSN | xxx-xx-xxxx | |
| Bensalem, PA 19020 | Job | 2010-Store Mgr of Service | |
| USA | Pay Rate | $27.88 | |
| | Pay Frequency | Biweekly | |

| | |
|---|---|
| Pay Group | PA Stores Dist Centers |
| Location | Southampton |
| Division | 51011 - ZNortheast Region 101 |
| Area | 00081 - Area 00081 |
| Store | 01453 - 1453-Southampton |
| Department | SERVIC - Service |

| | |
|---|---|
| Federal Income Tax | S3 |
| PA State Income Tax (Residence) | S0 |
| PA State Income Tax (Work) | S0 |

### Earnings

| Pay Type | Hours | Week Ending | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| Regular | 40.0000 | 01/22/2016 | $27.8846 | $1,115.38 | $5,130.76 |
| Regular | 40.0000 | 01/29/2016 | $27.8846 | $1,115.38 | $6,246.14 |
| Sales Bonus | 0.0000 | 01/22/2016 | $0.0000 | $15.02 | $51.44 |
| | | | | | |
| Total Hours Worked | 80.0000 | | | | |

### Deductions

| Deduction | Pre-Tax | Employee | | Employer | |
|---|---|---|---|---|---|
| | | Current | YTD | Current | YTD |
| LTD | No | $6.37 | $18.91 | $0.00 | $0.00 |
| Medical | Yes | $39.14 | $117.42 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $3.83 | $11.49 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $0.57 |
| Employee Medicare | $31.95 | $95.92 |
| Federal Income Tax | $249.60 | $750.40 |
| PA State Income Tax | $67.63 | $203.08 |
| PA Unemployment Employee | $1.57 | $4.72 |
| Social Security Employee Tax | $136.57 | $410.12 |
| UPPER SOUTHAMPTON TWP | $1.81 | $5.43 |
| UPPER SOUTHHAMPTON | $22.03 | $66.15 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $983.29 |
| Total | | $1,685.09 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,245.78 | $2,202.81 | $511.35 | $49.34 | $1,685.09 |
| YTD | $6,743.74 | $6,614.83 | $1,636.39 | $147.82 | $5,059.53 |

*Originally printed in English*

## Pay Statement

This is a statement of earnings and deductions. This pay statement is non-negotiable.

**PEPBOYS AUTO**
Parts, Service and So Much More

The Pep Boys - Manny, Moe & Jack
3111 W. Allegheny Avenue
Philadelphia, PA 19132
215-430-9000

| | |
|---|---|
| Pay Statement | |
| Period Start Date | 01/02/2016 |
| Period End Date | 01/15/2016 |
| Pay Date | 01/22/2016 |
| Document | 1998489 |
| Net Pay | $1,698.72 |

### Pay Details

| Michael W Marshall<br>3012 Ashley Ct<br>Bensalem, PA 19020<br>USA | Employee Number | 357772 | Pay Group | PA Stores Dist Centers | Federal Income Tax | S3 |
|---|---|---|---|---|---|---|
| | SSN | xxx-xx-xxxx | Location | Southampton | PA State Income Tax (Residence) | S0 |
| | Job | 2010-Store Mgr of Service | Division | 51011 - ZNortheast Region 101 | PA State Income Tax (Work) | S0 |
| | Pay Rate | $27.88 | Area | 00081 - Area 00081 | | |
| | Pay Frequency | Biweekly | Store | 01453 - 1453-Southampton | | |
| | | | Department | SERVIC - Service | | |

### Earnings

| Pay Type | Hours | WeekEnding | Pay Rate | Current | YTD |
|---|---|---|---|---|---|
| Holiday | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| PTO | 0.0000 | | $0.0000 | $0.00 | $223.08 |
| Regular | 40.0000 | 01/08/2016 | $27.8846 | $1,115.38 | $2,900.00 |
| Regular | 40.0000 | 01/15/2016 | $27.8846 | $1,115.38 | $4,015.38 |
| Sales Bonus | 0.0000 | 01/08/2016 | $0.0000 | $36.42 | $36.42 |
| | | | | | |
| Total Hours Worked | 80.0000 | | | | |

### Deductions

| | | Employee | | Employer | |
|---|---|---|---|---|---|
| Deduction | Pre-Tax | Current | YTD | Current | YTD |
| LTD | No | $6.27 | $12.54 | $0.00 | $0.00 |
| Medical | Yes | $39.14 | $78.28 | $0.00 | $0.00 |
| Vision Pre Tax | Yes | $3.83 | $7.66 | $0.00 | $0.00 |

### Taxes

| Taxes | Current | YTD |
|---|---|---|
| CENTENNIAL SD-U SOUTHAMPTN TWP | $0.19 | $0.38 |
| Employee Medicare | $32.25 | $63.97 |
| Federal Income Tax | $264.95 | $500.80 |
| PA State Income Tax | $68.28 | $135.46 |
| PA Unemployment Employee | $1.59 | $3.15 |
| Social Security Employee Tax | $137.91 | $273.55 |
| UPPER SOUTHAMPTON TWP | $1.81 | $3.62 |
| UPPER SOUTHHAMPTON | $22.24 | $44.12 |

### Paid Time Off

| Plan | Current | Balance |
|---|---|---|
| No records found | | |

### Net Pay Distribution

| Account Number | Account Type | Amount |
|---|---|---|
| xxxxxxxx8244 | Checking | $626.80 |
| xxxxx3530 | Checking | $75.00 |
| xxxxx7087 | Checking | $996.92 |
| Total | | $1,698.72 |

### Pay Summary

| | Gross | FIT Taxable Wages | Taxes | Deductions | Net Pay |
|---|---|---|---|---|---|
| Current | $2,267.18 | $2,224.21 | $519.22 | $49.24 | $1,698.72 |
| YTD | $4,497.96 | $4,412.02 | $1,025.04 | $98.48 | $3,374.44 |

*Originally printed in English*

8/15/2016

## Profit and Loss Statement - Feb 2016
2/1/2016 through 2/29/2016 (Cash Basis)

| Category | 2/1/2016-2/29/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 835.19 |
| **TOTAL INCOME** | **835.19** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 15.00 |
| Contractors Expense | 120.00 |
| Prof and Legal Fees | 132.58 |
| Rental/Lease Expense | 531.34 |
| Utilities (Business) | |
| Internet (Business) | 150.13 |
| Telephone (Business) | 32.89 |
| TOTAL Utilities (Business) | 183.02 |
| **TOTAL EXPENSES** | **981.94** |
| | |
| **OVERALL TOTAL** | **-146.75** |

8/15/2016

## Profit and Loss Statement - Mar 2016
### 3/1/2016 through 3/31/2016 (Cash Basis)

| Category | 3/1/2016-<br>3/31/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 1,086.71 |
| **TOTAL INCOME** | **1,086.71** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 7.50 |
| Contractors Expense | 70.00 |
| Prof and Legal Fees | 37.96 |
| Rent/Lease Expense | 451.85 |
| Utilities (Business) | |
| Electric | 116.18 |
| Telephone (Business) | 32.89 |
| TOTAL Utilities (Business) | 149.07 |
| **TOTAL EXPENSES** | **716.38** |
| | |
| **OVERALL TOTAL** | **370.33** |

Page 1

8/15/2016

## Profit and Loss Statement - Apr 2016
4/1/2016 through 4/30/2016 (Cash Basis)

| Category | 4/1/2016-<br>4/30/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 490.64 |
| **TOTAL INCOME** | **490.64** |
| **EXPENSES** | |
| Advertising (Business) | 7.50 |
| Contractors Expense | 170.00 |
| Office Expenses (Business) | 87.46 |
| Prof and Legal Fees | 19.28 |
| Rental/Lease Expense | 472.90 |
| Utilities (Business) | |
| Internet (Business) | 205.11 |
| Telephone (Business) | 233.18 |
| TOTAL Utilities (Business) | 438.29 |
| **TOTAL EXPENSES** | **1,195.43** |
| **OVERALL TOTAL** | **-704.79** |

8/15/2016

## Profit and Loss Statement - May 2016
5/1/2016 through 5/31/2016 (Cash Basis)

| Category | 5/1/2016-<br>5/31/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 415.70 |
| **TOTAL INCOME** | **415.70** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 7.50 |
| Contractors Expense | 70.00 |
| Prof and Legal Fees | 159.22 |
| Rent/Lease Expense | 427.80 |
| Utilities (Business) | |
| Telephone (Business) | 32.89 |
| TOTAL Utilities (Business) | 32.89 |
| **TOTAL EXPENSES** | **697.41** |
| | |
| **OVERALL TOTAL** | **-281.71** |

Page 1

8/15/2016

# Profit and Loss Statement - Jun 2016
6/1/2016 through 6/30/2016 (Cash Basis)

| Category | 6/1/2016-<br>6/30/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 340.57 |
| **TOTAL INCOME** | **340.57** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 7.50 |
| Car & Truck (Business) | 70.00 |
| Meals & Entertainment (Business) | 118.87 |
| Office Expenses (Business) | 42.25 |
| Postage and Delivery (Business) | 45.26 |
| Prof and Legal Fees | 554.38 |
| Rental/Lease Expense | 335.80 |
| Utilities (Business) | |
| Internet (Business) | 177.39 |
| Telephone (Business) | 87.89 |
| TOTAL Utilities (Business) | 265.28 |
| **TOTAL EXPENSES** | **1,439.34** |
| | |
| **OVERALL TOTAL** | **-1,098.77** |

8/15/2016

## Profit and Loss Statement - Jul 2016
7/1/2016 through 7/31/2016 (Cash Basis)

| Category | 7/1/2016-<br>7/31/2016 |
|---|---|
| **INCOME** | |
| Sales (Business) | 320.13 |
| **TOTAL INCOME** | **320.13** |
| | |
| **EXPENSES** | |
| Advertising (Business) | 52.50 |
| Printing and Reproduction (Business) | 44.72 |
| Prof and Legal Fees | 40.41 |
| Rental/Lease Expense | 483.80 |
| **TOTAL EXPENSES** | **621.43** |
| | |
| **OVERALL TOTAL** | **-301.30** |